JAMES P. GORMAN v. THE STATE.

APPEAL from Williamson.    Tried below before the Hon. E. H. Vontress.

*Attorney General,* for the appellee.

BELL, J.    The record presents no statement of facts, and no assignment of errors.    The indictment is a good one.    The charge of the court to the jury is substantially correct.    The record discloses no ground for reversing the judgment of the court below, and the same is therefore affirmed.

Judgment affirmed.

---

BENJAMIN W. BREWER v. THE STATE.

APPEAL from Limestone.    Tried below before the Hon. John Gregg.    There being no points of law submitted or decided in this case, the disposal of it will be seen from the opinion.

*Attorney General,* for the appellee.

BELL, J.    The record presents no statement of facts, and there is no assignment of errors.    The proceedings of the court below, so far as they are disclosed by the record, were all regular and proper.    In the absence of a statement of facts, there is no ground presented for reversing the judgment.    The judgment of the court below is therefore affirmed.

Judgment affirmed.